UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In re:                                }
MICHAEL W. BROOKS,                    }    Case No. 25-40732-JJR-7
                                      }
        Debtor.                       }

## MEMORANDUM OPINION AND ORDER

On June 2, 2025, the Debtor filed his case under Chapter 13 of the Bankruptcy Code and thereafter on October 6, 2025, filed his Notice of Conversion (Doc. 43) converting his case to one under chapter 7. The next day, October 7th, the Clerk of Court issued a Conversion Notice (Doc. 44) stating that "The Debtor filed a **Notice of Conversion** on **10/6/25**" (emphasis in original) and advising the Debtor and his counsel that "[o]n or before 14 days from the date of filing the Notice of Conversion the Debtor is required to do the following … ." Those requirements included filing amended schedules, a summary of assets and liabilities and statistical information, attorney's disclosure of compensation, and a chapter 7 statement of current monthly income and means test calculation. The closing paragraph of the Clerk's Conversion Notice stated, "Failure to comply with the filing requirements . . . within the time limits may result in the dismissal of the case. . . ." On October 21, 2025, at 11:48 o'clock AM, the court entered its Order Dismissing Case for Failure to Comply (Doc. 52) with the requirements of the Clerk's Conversion Notice. On that same day, at 4:10 o'clock PM, the Debtor filed the documents (Docs. 53, 54) required by the Clerk's Conversion Notice (Doc. 44) together with a Motion to Reinstate the Case (Doc. 56) which was set for hearing on November 6, 2025. A Supplement (Doc. 67) to his motion was filed on November 5, 2025, the day before the hearing on the Motion to Reinstate.

The Debtor argued that he timely filed the documents required by the Clerk's Conversion Notice (Doc. 44) – that is, he filed them on or before 14 days from the date of filing of his Notice of Conversion. It's important not to confuse the Notice of Conversion (Doc. 44) filed by the Debtor on October 6th with the Conversion Notice entered by the Clerk on October 7th.

Rule 9006(a)(1) of the Federal Rules of Bankruptcy Procedure provides the following rule for computing time:

(1) **Period Stated in Days or a Longer Unit**. When the period is stated in days or a longer unit of time:

(A) exclude the day of the event that triggers the period;

(B) count every day, including intermediate Saturdays, Sundays, and legal holidays; and

(C) Include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

In the instant case, the event that triggered the 14-day period was filing the Debtor's Notice of Conversion on October 6th, so that day is excluded from the count. Thus, day one of the 14 days commenced and included October 7th and the last day was October 20th. The required documents were filed one day late on October 21st.

Accordingly, for the reasons stated above, the Debtor's Motion to Reinstate Case (Doc 56) is DENIED.

So done and ordered this 6th day of November 2025.

/s/ James J. Robinson
JAMES J. ROBINSON
U.S. BANKRUPTCY JUDGE